IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WYATT PHILPOT | : | Case No. 3:21cv115 |
| Plaintiff, | : | District Judge Walter H. Rice |
| vs. | : | |
| CENTURY MOLD COMPANY, INC. | : | |
| Defendant. | : | |

## ORDER

Venue properly lying in The Cincinnati Division of The Western Division of this District, the above-captioned matter is hereby TRANSFERRED from the docket of the Honorable Walter H. Rice to the Cincinnati Division for reassignment.

IT IS SO ORDERED.

_____
Walter H. Rice
United States District Judge